IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MINNIE NOBLE,

    Plaintiff,                       No. CIV S-06-1780 KJM PS

    vs.

ABBEY CAREY,

    Defendant.                   <u>ORDER</u>

_____/

        Defendant's motion to dismiss came on regularly for hearing January 24, 2007. Plaintiff Minnie Noble appeared in propria persona. John Gisla appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of the parties, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        Defendant moves to dismiss on the ground that plaintiff has not exhausted her administrative remedies. Plaintiff filed a formal EEO complaint on September 5, 2006 that contains allegations similar to the claims raised in the instant federal action. The federal agency has 180 days to investigate the complaint. Until that period of time passes, plaintiff cannot file a judicial complaint in the district court. 42 U.S.C. § 2000e-16(c).

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Defendant's motion to dismiss is granted.

3  2. This action is dismissed without prejudice.

4  DATED: January 25, 2007.

_____
U.S. MAGISTRATE JUDGE

006
noble.oah